642

## Ollie E. Jones et al., Appellees, v. William Ripley et al., Appellants.

Gen. No. 10,190.

(DOVE, J., dissents.)

opinion filed February 5, 1948; rehearing denied March 25, 1948; released for publication March 30, 1948. Saum, Brock & Nelson, for appellants; Harrison G. Shearon, of counsel; Hutton, Clark & Hutton, for appellees. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.